**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Minh Quang Pham, | Civil No. 07-3562 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| v. | |
| Redline Recovery Services, LLC, | |
| Defendant. | |

---

Pursuant to the parties' Stipulation (Doc. No. 7), **IT IS ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements, or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 7, 2008

            s/Richard H. Kyle
            RICHARD H. KYLE
            United States District Judge